JS-6 / ENTERED

**FILED**
CLERK, U.S. DISTRICT COURT

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN D. EDWARDS, | Case No. CV 09-2584 GAF (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA STATE PRISON LOS ANGELES COUNTY, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this entire action is dismissed without prejudice for the reasons set forth in the Court's related Order.

DATED: March 6, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY