**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN DARNELL EDWARDS,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE PRISON LOS<br>ANGELES COUNTY, et al.,<br><br>            Defendants. | Case No. CV 09-2584 GHK (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/30/15

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE